# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

1/5/2006  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CV NO. 01-00555MEA-KSC AND CV NO. 02-00223MEA-KSC |
| | (CONSOLIDATED HEARINGS) |
| CASE NAME: | Matthew Harrell Vs. City & County of Honolulu, et al. |
| ATTYS FOR PLA: | Andre Wooten |
| ATTYS FOR DEFT: | Moana Yost |
| | Derek T. Mayeshiro |
| | Jane Kwan |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Marvin E. Aspen | REPORTER: | Sharon Ross |
| DATE: | 1/5/2006 | TIME: | 8:54am-12:00 |
| | | | 1:30pm-4:00pm |

COURT ACTION:  EP: Further Jury Trial (2nd Day)-Plaintiff present, Defendants Aaron Mahi, Robert Larm, Sanford Masada and Wayne Oshima-Representative of the Royal Hawaiian Band all present and Seven (7) Jurors present.  (Please Note-Juror Stephen Love was excused on 1/4/2006.)

Opening Statements on behalf of the Plaintiff and the Defendant.

Plaintiff Witnesses-Aaron Mahi-CST and Robert Larm-CST.

Further Jury Trial (3rd Day) continued to 1/6/06 @9:00 a.m. before Judge Aspen.

 8:54am-8:59am --Status Conference-regarding Plaintiff's Oral Request for Mistrial.  Court gives a briefing schedule regarding this Oral Motion.  Plaintiff to file a Motion for Mistrial with supporting documents by tomorrow morning.  Defendants' to file a Reply by Monday Morning.

Further Jury Trial (3rd Day) continued to 1/6/06 @9:00 a.m. before Judge Aspen.

Submitted by Leslie L. Sai, Courtroom Manager