# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

1/6/2006  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:       CV NO. 01-00555MEA-KSC AND CV NO. 02-00223MEA-KSC

(CONSOLIDATED CASES)

CASE NAME:         Matthew Harell Vs. City and County of Honolulu, et al.

ATTYS FOR PLA:     Andre Wooten

ATTYS FOR DEFT:    Moana Yost
                   Derek T. Mayeshiro
                   Jane Kwan

INTERPRETER:

JUDGE:     Marvin E. Aspen          REPORTER:   Sharon Ross

DATE:      1/6/2006                 TIME:       8:55am-11:40am
                                                1:37pm-4:10pm

COURT ACTION: EP: Further Jury Trial-(3rd Day)-Plaintiff present, Defendants-Aaron Mahi, Robert Larm, Sanford Masada and Wayne Oshima-Rep. Of the Royal Hawaiian Band present and Seven (7) Jurors are also present.

8:55am-9:03am-Status Conference-Without the Jurors-

Jury Trial-9:07am-11:40 am l:37pm-4:00 pm

Plaintiff Witnesses-Robert Larm-resumed Witness Stand, Christopher Ventura-CST, Sanford Masada-CST, Ryan Howe-CST and Wayne Oshima-CST

4:01pm-4:10pm-Status Conference-Without the Jurors

Further Jury Trial (4th Day) continued to 1/9/2006 @9:00 a.m. before Judge Aspen.

Submitted by Leslie L. Sai, Courtroom Manager