

# ORIGINAL

CARRIE K.S. OKINAGA, 5958
Corporation Counsel
MOANA A. YOST, 7738
DEREK T. MAYESHIRO, 6858
JANE KWAN, 7976
Deputies Corporation Counsel
City and County of Honolulu
530 South King Street, Room 110
Honolulu, Hawaii 96813
Telephone: (808) 523-4065/523-4657
Facsimile: (808) 523-4583
e-mail: myost@honolulu.gov

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JAN 11 2006

at __ o'clock and __ min. __ M
SUE BEITIA, CLERK

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| MATTHEW HARRELL,<br><br>Plaintiff,<br><br>vs.<br><br>CITY AND COUNTY OF HONOLULU, A Municipal corporation, the Royal Hawaiian Band, Aaron Mahi, Sr. Director, Robert Larm, Sanford Masada.<br><br>Defendants. | Civil No. 01-00555 MEA-KSC<br>Civil No. 02-00223 MEA-KSC<br>[Cases Consolidated]<br><br>CITY DEFENDANTS' PROPOSED JURY INSTRUCTIONS NO. 13; CERTIFICATE OF SERVICE<br><br><br>Trial: January 4, 2006<br><br>Judge: Honorable Marvin E. Aspen |
| MATTHEW HARRELL,<br><br>Plaintiff,<br><br>vs.<br><br>CITY AND COUNTY OF HONOLULU, A Municipal corporation, the Royal Hawaiian Band, A Dept. of the City of Honolulu; Aaron Mahi, Sr. Director,<br><br>Defendants. | |

## CITY DEFENDANTS' PROPOSED JURY INSTRUCTION NO. 13

Come now, Defendants City and County of Honolulu, the Royal Hawaiian Band, Aaron Mahi, Robert Larm, and Sanford Masada (hereinafter "Defendants"), by and through their attorneys, CARRIE K.S. OKINAGA, Corporation Counsel and MOANA A. YOST, DEREK T. MAYESHIRO and JANE KWAN, Deputies Corporation Counsel, and hereby submit their Proposed Jury Instruction No. 13.

DATED: Honolulu, Hawaii, January 11, 2006.

                        CARRIE K.S. OKINAGA
                        Corporation Counsel

By _____
      DEREK T. MAYESHIRO
      MOANA A. YOST
      JANE KWAN
      Deputies Corporation Counsel
      Attorneys for Defendants

## CITY DEFENDANTS' PROPOSED JURY INSTRUCTION NUMBER 13

In order to find the City and County of Honolulu and/or the Royal Hawaiian Band liable for discrimination, the Plaintiff must prove that his civil rights were violated as a result of an official policy or custom of the City and County of Honolulu and/or the Royal Hawaiian Band.

See Federation of African Am. Contractors v. City of Oakland, 96 F.3d 1204, 1215 (9th Cir. 1996).

_____ Given

_____ Given as Modified

_____ Denied

_____ Withdrawn

_____
United States District Court Judge

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| MATTHEW HARRELL,<br><br>Plaintiff,<br><br>vs.<br><br>CITY AND COUNTY OF HONOLULU, A Municipal corporation, the Royal Hawaiian Band, Aaron Mahi, Sr. Director, Robert Larm, Sanford Masada.<br><br>Defendants.<br>_____<br>MATTHEW HARRELL,<br><br>Plaintiff,<br>vs.<br>CITY AND COUNTY OF HONOLULU, A Municipal corporation, the Royal Hawaiian Band, A Dept. of the City of Honolulu; Aaron Mahi, Sr. Director,<br><br>Defendants. | Civil No. 01-00555 MEA-KSC<br>Civil No. 02-00223 MEA-KSC<br>[Cases Consolidated]<br><br>CERTIFICATE OF SERVICE |

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the within was hand delivered to the following individual at his address listed below on January 11, 2006.

Andre' S. Wooten, Esq.
Century Square, Suite 1909
1188 Bishop Street
Honolulu, Hawaii 96813
Attorney for Plaintiff

DATED: Honolulu, Hawaii, January 11, 2006.

                            CARRIE K.S. OKINAGA
                            Corporation Counsel

By _____
       DEREK T. MAYESHIRO
       MOANA A. YOST
       JANE KWAN
       Deputies Corporation Counsel
       Attorneys for Defendants