# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

1/11/2006  4:30 pm

SUE BEITIA, CLERK

**CASE NUMBER:**    CV NO. 01-00555MEA-KSC AND CV NO. 02-00223MEA-KSC

(CONSOLIDATED CASES)

**CASE NAME:**    Matthew Harrell Vs. City & County of Honolulu, et al.

**ATTYS FOR PLA:**    Andre S. Wooten

**ATTYS FOR DEFT:**    Moana Yost
Derek T. Mayeshiro
Jane Kwan

**INTERPRETER:**

---

**JUDGE:**    Marvin E. Aspen        **REPORTER:**    Sharon Ross

**DATE:**    1/11/2006        **TIME:**    9:05am-11:05am
1:45pm-3:50pm

---

**COURT ACTION:**  EP: Further Jury Trial (6th Day)-Plaintiff present, Defendants-Aaron Mahi, Robert Larm, Sanford Masuda and Wayne Oshima-Rep. Of the Royal Hawaiian Band present and Seven (7) Jurors are also present.

9:05am-10:44am-Conference without the Jurors as to the Jury Instructions and the Special Verdict Form.  Objections to the Jury Instructions were placed on the record.

10:49am-11:45am-Further Jury Trial (6th Day)-

Defendant Witness-Aaron Mahi-Resumed Witness Stand.

Defendant Rested.

Plaintiff's Rebuttal Witnesses-Faye Kennedy-CST and Plaintiff-Matthew Harrell-Resumed Witness Stand

Plaintiff Rested.

1:45pm-2:08pm-Court instructs the Jury

2:09pm-3:36pm-Closing Statements on behalf of the Plaintiff and the Defendants'

Jury will start deliberating tomorrow morning at 9:00 a.m.-1/12/2006.


Submitted by Leslie L. Sai, Courtroom Manager