AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

MATTHEW HARRELL

Plaintiff(s),

V.

ROYAL HAWAIIAN BAND AND
AARON MAHI

Defendant(s).

JUDGMENT IN A CIVIL CASE

Case: CV 02-00223MEA-KSC

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

March 13, 2006

At 4 o'clock and 00 min p.m.
SUE BEITIA, CLERK

[ ✓ ]    **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[ ]    **Decision by Court.** This action came to trial before the Court. The issues have been tried and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment be entered in favor of the Defendants' Aaron Mahi, and Royal Hawaiian Band and against the Plaintiff Matthew Harrell pursuant to the "Special Verdict Form" filed and issued on January 12, 2006.

March 13, 2006
_____
Date

SUE BEITIA
Clerk _____

_____
(By) Deputy Clerk