# UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
OFFICE OF THE CLERK
300 ALA MOANA BLVD., RM C-338
HONOLULU, HAWAII 96850

SUE BEITIA
CLERK

TEL (808) 541-1300
FAX (808) 541-1303

March 13, 2006

TO ALL COUNSEL

Re: CV 02-00223MEA-KSC
MATTHEW HARRELL vs. ROYAL HAWAIIAN BAND AND AARON MAHI

Dear Sir,

Please be advised that pursuant to Rule 77, FRCP, notice is hereby given that judgment was entered on March 13, 2006.

Sincerely Yours,

SUE BEITIA, CLERK

by: Bernadette Aurio
Deputy Clerk

cc: all counsel