**ORIGINAL**

Law Office of Andre' S. Wooten
Attorney and Counselor at Law

ANDRE' S. WOOTEN, ESQ.
Century Square, Suite 1909
1188 Bishop Street
Honolulu, Hawaii 96813
Telephone No.: (808) 545-4165

Attorney for Plaintiff
MATTHEW HARRELL,

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAY 24 2006

at 7 o'clock and 91 min R M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| MATTHEW HARRELL, | ) | Civil No. 01-00555 MEA-KSC |
| | ) | |
| Plaintiff, | ) | PLAINTIFF MATTHEW HARRELL, |
| | ) | NOTICE OF APPEAL; EXHIBITS 1 & 2 |
| vs. | ) | |
| | ) | |
| CITY AND COUNTY OF HONOLULU, | ) | CERTIFICATE OF SERVICE |
| A Municipal corporation, the | ) | |
| Royal Hawaiian Band, Aaron | ) | |
| Mahi, Sr. Director, Robert | ) | |
| Larm, Sanford Masada. | ) | |
| | ) | Trial Date: Jan. 3, 2005 |
| | ) | Judge: Hon. Marvin Aspen |
| Defendants. | ) | |

## PLAINTIFF MATTHEW **HARRELL'S** NOTICE OF APPEAL

COMES NOW, the Plaintiff MATTHEW HARRELL, by and through his attorney of record ANDRE' S. WOOTEN, pursuant to Rules of the Federal Rules of Civil Procedure and Federal Rules of Appellate Procedure and the Local Rules hereby submit this Notice of Appeal of the case as follows:

Notice is hereby given that Plaintiff MATTHEW HARRELL in the above named case, hereby appealsto the United States Court of Appeals for the 9th Circuit from the final judgment

and orders Denying Plaintiff's Motions for Mistrial, For a Judgment Notwithstanding the Jury Verdict and For a New Trial entered in this action on the 24th day of April , 2006 .

DATED:   Honolulu, Hawaii     May 24, 2006.

_____
ANDRE' S. WOOTEN
Attorney for Plaintiff
MATTHEW HARRELL