Case 1:02-cv-00223-MEA-KSC   Document 174   Filed 09/26/2006   Page 1 of 1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAII

**Transcript Designation and Ordering Form**

**ORIGINAL**

FILED
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
SEP 26 2006
at ___ o'clock and ___ min. __M
SUE BEITIA, CLERK

U.S. Court of Appeals Case No. _____
U.S. District Court Case No. 1:02-cv-00223-MEA-KSC
Short Case Title: Matthew Harrell vs. City and County of Honolulu, Band
Date Notice of Appeal Filed by Clerk of District Court: May 24, 2006

**SECTION A** - To be completed by party ordering transcript

| HEARING DATE(s) | COURT REPORTER | PROCEEDINGS (strike portion not desired) | |
|---|---|---|---|
| Jan. 4, 2006 | Sharon Ross | Voir Dire | Yes |
| All of trial evidence | " " | Opening Statements | |
| To end of trial | | Settlement Instructions | Yes |
| | | Closing Arguments | |
| | | Jury Instructions | Yes |
| April 13, 2006 | Debra Chun | Pre-Trial Proceedings | Motion hearing |
| | | Other (please specify) | |

(additional page for designations if necessary)

( ) I do not intend to designate any portion of the transcript and will notify all counsel of this intention.
(X) As retained counsel (or litigant proceeding in pro per). I request a copy of the transcript and guarantee payment to the reporter of the cost thereof upon demand. I further agree to pay for work done prior to cancellation of this order.
( ) As appointed counsel I certify that an appropriate order authorizing preparation of the transcript at the expense of the United States has been, or within 5 days hereof will be, obtained and delivered to the reporter. I agree to recommend payment for work done prior to cancellation of this order.

Date transcript ordered _____  Estimated date for completion of transcript _____

Print Name of Attorney: Andre Wooten     Phone Number: 808-545-4165
Signature of Attorney: /s/ Andre X. [signature]
Address: 1188 Bishop Street, Suite 1909, Honolulu, Hawaii 96813

**SECTION B** - To be completed by court reporter

I, [signature] _____ have received this designation.
(signature of court reporter)
(X) Arrangements for payment were made on 8-30-06 Due on Receipt
( ) Arrangements for payment have not been made pursuant to FRAP 10(b).

15 Approximate Number of Pages in Transcript--Due Date _____

**SECTION C** - To be completed by court reporter

When the transcript is filed, complete this section and submit to the U.S. district court with the completed transcript. The district court will not file the transcript without this completed form.

Date transcript filed 9/22/06    Court Reporter's Signature [signature]

**SECTION D** - To be completed by the Clerk

U.S. DISTRICT COURT CLERK: I certify that the record is available in the office of the U.S. District Court.

Walter A.Y.H. Chinn    9/26/06    BY: [signature]
(U.S. District Court Clerk)    (date)    DEPUTY CLERK