UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**
FEB 26 2007
CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| MATTHEW HARRELL,<br><br>Plaintiff - Appellant,<br><br>v.<br><br>CITY AND COUNTY OF HONOLULU,<br><br>Defendant - Appellee. | No. 06-16142<br><br>D.C. Nos. CV-02-00223-MEA<br>CV-01-00555-OWW<br>District of Hawaii, Honolulu<br><br>ORDER |

RECEIVED
CLERK U.S. DISTRICT COURT
FEB 26 2007
DISTRICT OF HAWAII

The appellant's motion for leave to file the reply brief late is granted. The Clerk shall file the reply brief.

For the Court:
CATHY A. CATTERSON
Clerk of the Court

Teresa A. Haugen, Deputy Clerk
9th Cir. R. 27-7/Advisory Note to R. 27
and 9th Cir. R. 27-10

promo 2.19