ORIGINAL

CARRIE K.S. OKINAGA, 5958
Corporation Counsel
MARIE MANUELE GAVIGAN, 6585
Deputy Corporation Counsel
City and County of Honolulu
530 South King Street, Room 110
Honolulu, Hawaii 96813
Telephone: (808) 527-5585
Facsimile: (808) 523-4583
e-mail: mgavigan@honolulu.gov

Attorneys for Defendants

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

APR 17 2007

at 3 o'clock and ___ min. ___ M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| MATTHEW HARRELL,<br><br>            Plaintiff,<br><br>      vs.<br><br>CITY AND COUNTY OF HONOLULU, A Municipal corporation, the Royal Hawaiian Band, Aaron Mahi, Sr. Director, Robert Larm, Sanford Masada.<br><br>            Defendants.<br><br>MATTHEW HARRELL,<br><br>            Plaintiff,<br>      vs.<br><br>CITY AND COUNTY OF HONOLULU, A Municipal corporation, the Royal Hawaiian Band, A Dept. of the City of Honolulu; Aaron Mahi, Sr. Director,<br><br>            Defendants. | Civil No. 01-00555 MEA-KSC<br>Civil No. 02-00223 MEA-KSC<br>[Cases Consolidated]<br><br>NOTICE OF SUBSTITUTION OF COUNSEL; CERTIFICATE OF SERVICE |

## NOTICE OF SUBSTITUTION OF COUNSEL

Notice is hereby given that Marie Manuele Gavigan, Deputy Corporation

Counsel hereby substitutes as counsel for Defendants City and County of

Honolulu, the Royal Hawaiian Band, Aaron Mahi, Sr., Robert Larm, and Sanford

Masada ("City Defendants") as Derek T. Mayeshiro and Moana A. Yost are no

longer lead counsel for City Defendants.  Marie Manuele Gavigan is now lead

counsel.

DATED:  Honolulu, Hawaii, April 17, 2007.

> CARRIE K.S. OKINAGA
> Corporation Counsel
>
>
> By _____
> MARIE MANUELE GAVIGAN
> Deputy Corporation Counsel
> Attorney for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| MATTHEW HARRELL,<br><br>Plaintiff,<br><br>vs.<br><br>CITY AND COUNTY OF HONOLULU, A Municipal corporation, the Royal Hawaiian Band, Aaron Mahi, Sr. Director, Robert Larm, Sanford Masada.<br><br>Defendants.<br>_____<br>MATTHEW HARRELL,<br><br>Plaintiff,<br>vs.<br>CITY AND COUNTY OF HONOLULU, A Municipal corporation, the Royal Hawaiian Band, A Dept. of the City of Honolulu; Aaron Mahi, Sr. Director,<br><br>Defendants. | Civil No.  01-00555 MEA-KSC<br>Civil No.  02-00223 MEA-KSC<br>[Cases Consolidated]<br><br>CERTIFICATE OF SERVICE |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the within was duly served by the methods of service noted, a true and correct copy of the foregoing was duly served on the following individuals at their address listed below on April 17, 2007:

**Served by First Class Mail:**

        Andre' S. Wooten, Esq.
        Century Square, Suite 1909
        1188 Bishop Street
        Honolulu, Hawaii 96813
        Attorney for Plaintiff

DATED:  Honolulu, Hawaii, April 17, 2007.

        CARRIE K.S. OKINAGA
        Corporation Counsel


By _____
        MARIE MANUELE GAVIGAN
        Deputy Corporation Counsel
        Attorney for Defendants

2