

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED
JUN 25 2008
MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| MATTHEW HARRELL,<br><br>    Plaintiff–Appellant,<br><br>v.<br><br>CITY AND COUNTY OF<br>HONOLULU, a Municipal corporation,<br>the Royal Hawaiian Band, Aaron Mahi,<br>Sr. Director, Robert Larm, Sanford<br>Masada.<br><br>    Defendant–Appellees. | No. 06-16142<br>D.C. Nos. CV-02-00223-MEA<br>           CV-01-00555-MEA<br>District of Hawaii<br><br>BILL OF COSTS<br><br>The Honorable Marvin E. Aspen<br>United States District Court Judge |

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
JUL 21 2008
at __ o'clock and __ min. __ M.
SUE BEITIA, CLERK

## BILL OF COSTS

### CERTIFICATE OF SERVICE

[caption continued on next page]

CARRIE K.S. OKINAGA, 5958
Corporation Counsel
JOHN P. MORAN, 6220
Deputy Corporation Counsel
City and County of Honolulu
530 South King Street, Room 110
Honolulu, Hawaii 96813
Telephone: (808) 768-5127
Facsimile: (808) 768-5105
e-mail: jmoran@honolulu.gov

Attorneys for Defendants-Appellees
City and County of Honolulu, Aaron Mahi, Sr.,
Robert Larm and Sanford Masada

## BILL OF COSTS

FILED
JUN 25 2008
MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

COPY

Form 10. Bill of Costs

# United States Court of Appeals for the Ninth Circuit

## BILL OF COSTS

**Note:** If you wish to file a bill of costs, it MUST be submitted on this form and filed, with the clerk, with proof of service, within 14 days of the date of entry of judgment, and in accordance with Circuit Rule 39-1. A late bill of costs must be accompanied by a motion showing good cause. Please refer to FRAP 39, 28 U.S.C. § 1920, and Circuit Rule 39-1 when preparing your bill of costs.

Mathew Harrell    v.    City and County of Honolulu    CA No. 06-16142

The Clerk is requested to tax the following costs against: Mathew Harrell, Plaintiff-~~Appellant~~

| Cost Taxable under FRAP 39, 28 U.S.C. § 1920, Circuit Rule 39-1 | REQUESTED Each Column Must Be Completed | | | | ALLOWED To Be Completed by the Clerk | | | |
|---|---|---|---|---|---|---|---|---|
| | No. of Docs.* | Pages per Doc. | Cost per Page ** | TOTAL COST | No. of Docs. | Pages per Doc. | Cost per Page | TOTAL COST |
| Excerpt of Record | 6 | 300 | .10 | 180.00 | | | | |
| Appellant's Brief | | | | | | | | |
| Appellee's Brief | 16 | 35 | .10 | 56.00 | | | | |
| Appellant's Reply Brief | | | | | | | | |
| | | | TOTAL | $ 236.00 | | | TOTAL | $ |

**Form 10. Bill of Costs** - *Continued*

**Other:**  Any other requests must be accompanied by a statement explaining why the item(s) should be taxed pursuant to Circuit Rule 39-1. Additional items without such supporting statements will not be considered.

Attorneys fees **cannot** be requested on this form.

\* If more than 7 excerpts or 20 briefs are requested, a statement explaining the excess number must be submitted.

\*\* Costs per page may not exceed .10 or actual cost, whichever is less. Circuit Rule 39-1.

---

I, John P. Moran, swear under penalty of perjury that the services for which costs are taxed were actually and necessarily performed, and that the requested costs were actually expended as listed.

Signature: _[signed]_
Date: 6/24/08

Name of Counsel (printed or typed): John P. Moran
Attorney for: City and County of Honolulu, Defendant-Appellee

---

Date: 07/16/08       Costs are taxed in the amount of $ 236.00

Clerk of Court
By: _[signed]_, Deputy Clerk

A TRUE COPY
MOLLY C. DWYER
Clerk of Court
ATTEST

JUL 16 2008

by: _[signed]_
Deputy Clerk

CERTIFICATE OF SERVICE

I hereby certify that one copy of the Bill of Costs was mailed, U.S. Mail, postage prepaid to the following individual at his address listed below on June 24, 2008:

> Andre' S. Wooten, Esq.
> Century Square, Suite 1909
> 1188 Bishop Street
> Honolulu, Hawaii 96813
> Attorney for Plaintiff-Appellant

DATED: Honolulu, Hawaii, June 24, 2008.

> CARRIE K.S. OKINAGA
> Corporation Counsel
>
> By: _____
> JOHN P. MORAN
> Deputy Corporation Counsel
> Attorney for Defendants-Appellees